UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE G. BENSON,

    Plaintiff,

v.                            Case No: 8:22-cv-1584-KKM-SPF

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC, and LENDINGUSA, LLC,

    Defendants.
_____

## ORDER

    Following examination of this action, I recuse myself because the law firm Jones Day represents a party. *See* 28 U.S.C. § 455; Code of Conduct for United States Judges, Canon 3(C). Accordingly, the Clerk is directed to reassign this case to another District Judge.

    **ORDERED** in Tampa, Florida, on August 3, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge